UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE BUNKLEY, individually and on behalf of others similarly situated individuals <br><br> Plaintiff, <br><br> vs. <br><br> DELAWARE VALLEY COMFORT AT HOME, LLC <br><br> Defendant. | * <br> * <br> * <br> * <br> *  Civil Action <br> *  No.: 2:21-cv-03322 <br> * <br> * <br> * <br> * <br> * <br> * |

# **O R D E R**

IT IS HEREBY ORDERED that this civil action be and hereby is dismissed, with prejudice, each party to bear their own costs.

SO ORDERED this  30th  day of December, 2021

 /s/Wendy Beetlestone, J.
UNITED STATES DISTRICT JUDGE